IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIRK D. SCHIRRA and ADRIANNE J. SCHIRRA, Husband and Wife, | ) ) ) | Case No. 8:13-CV-83 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| THE UROLOGY CENTER, P.C., a Nebraska Corporation, and STEPHEN LIM, M.D., an Individual, | ) ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER comes before the Court on the parties' Stipulation to Dismiss the entire above-referenced action, without prejudice, each party to bear their own costs herein incurred. The Court being fully advised in the premises:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the entire above-referenced action shall be dismissed, without prejudice, each party to bear their own costs herein incurred.

DATED this 22nd day of October, 2014.

By the Court:


s/ Joseph F. Bataillon
Senior U.S. District Court Judge


**APPROVED AS TO FORM AND CONTENT**:

  /s/Steven H. Howard
Steven H. Howard, #18582
DOWD HOWARD & CORRIGAN, LLC
1411 Harney Street, Suite 100
Omaha, NE  68102
PH: (402) 341.1020; Fax: (402) 341.0254
Email: steve@dowd-law.com;
*Attorney for Plaintiffs*

**Prepared & Submitted By:**

Jeffrey A. Nix, #23842
David D. Ernst, #17292
PANSING HOGAN ERNST & BACHMAN LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska  68114
PH:  (402) 397-5500; Fax: (402) 397-3834
jnix@pheblaw.com
dernst@pheblaw.com
*Attorneys for Defendant(s)*